PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court

for the

District of Alaska

**RECEIVED**

SEP 1 2 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

v.  Case No. 3:01-CR-0152-01 (JWS)

Danial A. Twitchell

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on September 4, 2008. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE                   9-9-08

Travis Lyons                          Date
U.S. Probation/Pretrial Services
Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 12th day of September, 2008.

REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge